**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Texas__
(State)

Case number (*If known*): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual  12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**: JupiterMLP, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   __ __ - __ __ __ __ __ __ __
   EIN

5. **Debtor's address**

   **Principal place of business**

   15851 Dallas Parkway, #650
   Number    Street

   _____

   Addison        TX   75001
   City           State ZIP Code

   Dallas
   County

   **Mailing address, if different**

   _____
   Number    Street

   _____
   P.O. Box

   _____  _____  _____
   City                      State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____  _____  _____
   City                      State  ZIP Code

Official Form 205  Involuntary Petition Against a Non-Individual  page 1

Debtor __JupiterMLP, LLC_____    Case number (*if known*)_____
       *Name*

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | __www.jupitermlp.com_____ |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☐ No |
| | | ☒ Yes. Debtor __Jupiter Marketing & Trading, LLC__  Relationship __Affiliate__ |
| | |     District __ND Texas__  Date filed __07/12/2019__  Case number, if known __19-32329-bjh7__ |
| | |                        MM / DD / YYYY |
| | |     Debtor __Permian Crude Transport, LP__  Relationship __Affiliate__ |
| | |     District __ND Texas__  Date filed __06/24/2019__  Case number, if known __19-32071-hdh7__ |
| | |                        MM / DD / YYYY |

**Part 3:**  **Report About the Case**

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:* |
| | | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor  **JupiterMLP, LLC**    Case number (if known) _____
        Name

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Macquarie Energy North America Trading Inc. | Contract | $14,493,257.00 |
| Gibson Energy Marketing, LLC | Contract/sworn account | $3,842,561.35 |
| Versa Enterprises, LLC | Contract/sworn account | $46,345.17 |
| | Total of petitioners' claims | $18,382,163.52 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

**Part 4:    Request for Relief**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**    **Attorneys**

Name and mailing address of petitioner

Macquarie Energy North America Trading Inc.
Name

500 Dallas Street, Suite 3300
Number  Street

Houston    Texas    77002
City    State    ZIP Code

Joshua W. Wolfshohl
Printed name

Porter Hedges LLP
Firm name, if any

1000 Main Street, Suite 3600
Number  Street

Houston    Texas    77002
City    State    ZIP Code

Name and mailing address of petitioner's representative, if any

Travis McCullough
Name

500 Dallas Street, Suite 3300
Number  Street

Houston    Texas    77002
City    State    ZIP Code

Contact phone  713-226-6695    Email jwolfshohl@porterhedges.com

Bar number  24038592

State  Texas

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/19/2019
MM / DD / YYYY

X *Travis McCullough* (signature)
Signature of petitioner or representative, including representative's title

X *(signature)*
Signature of attorney

Date signed _____
MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

Debtor **JupiterMLP, LLC**     Case number (if known) _____

**Name and mailing address of petitioner**
Gibson Energy Marketing LLC
1201 Louisiana St, Suite 3300
Houston, TX 77002

**Name and mailing address of petitioner's representative, if any**
Orin Atkins
1201 Louisiana St, Suite 3300
Houston, TX 77002

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/19/2019

X /s/ Orin Atkins
Signature of petitioner or representative, including representative's title

Charles W. Sartain, Micheal W. Bishop
Printed name
Gray Reed McGraw
Firm name, if any
1601 Elm St., Suite 4600
Dallas, TX 75201
Contact phone (469) 320-6025  Email mbishop@grayreed.com
csartain@grayreed.com
Bar number Sartain 17653600
Bishop 02354860
State Texas

X /s/ Micheal W Bishop
Signature of attorney
Date signed 8/20/2019

---

**Name and mailing address of petitioner**
Versa Enterprises LLC
4803 Bishops Castle Dr.
Midland, TX 79705

**Name and mailing address of petitioner's representative, if any**
Dan David Tarango
4803 Bishops Castle Dr.
Midland, TX 79705

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

X _____
Signature of petitioner or representative, including representative's title

Rick Browning
Printed name
Rick Browning Attorney at Law, P.C.
Firm name, if any
5050 E. University, Suite One
Odessa, TX 79762
Contact phone (432) 368-5974  Email rbrowning@cableone.net
Bar number 03224300
State Texas

X _____
Signature of attorney
Date signed _____

| Debtor | JupiterMLP, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**Name and mailing address of petitioner**

Gibson Energy Marketing LLC
Name

1201 Louisiana St, Suite 3300
Number   Street

| Houston | TX | 77002 |
|---|---|---|
| City | State | ZIP Code |

**Name and mailing address of petitioner's representative, if any**

Orin Atkins
Name

1201 Louisiana St, Suite 3300
Number   Street

| Houston | TX | 77002 |
|---|---|---|
| City | State | ZIP Code |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Charles W. Sartain, Micheal W. Bishop
Printed name

Gray Reed McGraw
Firm name, if any

1601 Elm St., Suite 4600
Number   Street

| Dallas | TX | 75201 |
|---|---|---|
| City | State | ZIP Code |

Contact phone (469) 320-6025   Email mbishop@grayreed.com
csartain@grayreed.com

Bar number  Sartain 17653600
Bishop 02354860

State  Texas

✗ _____
Signature of attorney

Date signed _____
MM / DD / YYYY

---

**Name and mailing address of petitioner**

Versa Enterprises LLC
Name

4803 Bishops Castle Dr.
Number   Street

| Midland | TX | 79705 |
|---|---|---|
| City | State | ZIP Code |

**Name and mailing address of petitioner's representative, if any**

Dan David Tarango
Name

4803 Bishops Castle Dr.
Number   Street

| Midland | TX | 79705 |
|---|---|---|
| City | State | ZIP Code |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08-21-2019
MM / DD / YYYY

✗ /s/ David Tarango
Signature of petitioner or representative, including representative's title

Rick Browning
Printed name

Rick Browning Attorney at Law, P.C.
Firm name, if any

5050 E. University, Suite One
Number   Street

| Odessa | TX | 79762 |
|---|---|---|
| City | State | ZIP Code |

Contact phone (432) 368-5974   Email rbrowning@cableone.net

Bar number  03224300

State  Texas

✗ /s/ Rick Browning
Signature of attorney

Date signed  08-21-2019
MM / DD / YYYY