**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 19-32800 SGJ    Judge: STACEY G. JERNIGAN | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | JUPITERMLP, LLC | Date Filed (f) or Converted (c): | 08/23/19 (f) |
| | | 341(a) Meeting Date: | 03/03/20 |
| For Period Ending: 06/30/22    (3rd reporting period for this case) | | Claims Bar Date: | 04/15/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. FROST BANK - CHECKING<br>  * demand made for funds in account<br>   - call from Bertina at Frost Bank - account overdrawn and closed by bank | 414.82 | 414.82 | | 0.00 | FA |
| 2. ACCT. RECEIVABLE - OVER 90 DAYS OLD | 64,749.27 | 64,749.27 | | 0.00 | 64,749.27 |
| 3. LEASED PREMISES - 700 LOUISIANA, STE. 2410, HOUSTN<br>  BANK OF AMERICA CENTER - LEASE | Unknown | 0.00 | | 0.00 | FA |
| 4. INTER-COMPANY RECEIVABLES | 865,336.45 | 865,336.45 | | 0.00 | 865,336.45 |
| 5. POSSIBLE AVOIDANCE CLAIMS (u) | 0.00 | 70,000.00 | | 50,724.52 | 19,275.48 |
| 6. LEGACY RESERVES OPERATING, LP (u)<br>  LAWSUIT FILED YEARS AGO AND PREVAILED THEN COMPANY FILED BANKRUPTCY. THIS IS A BANKRUPTCY DISTRIBUTION. | 0.00 | 6,879.00 | | 6,879.00 | FA |
| 7. LITIGATION EXPENSES (u)<br>  LITIGATION EXPENSES ADVANCED BY MACQUARIE. SEE DOCKET #157<br><br>  MONTHLY PAYMENTS MADE BASED ON SPECIAL COUNSEL FEES/EXPS | 0.00 | 195,000.00 | | 170,882.20 | 24,117.80 |

Gross Value of Remaining Assets

LFORM1                                                                                                                                  Ver: 22.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| Case No: | 19-32800 SGJ | Judge: STACEY G. JERNIGAN | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | JUPITERMLP, LLC | | Date Filed (f) or Converted (c): | 08/23/19 (f) |
| | | | 341(a) Meeting Date: | 03/03/20 |
| | | | Claims Bar Date: | 04/15/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $930,500.54 | $1,202,379.54 | | $228,485.72 | $973,479.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

MACQUAIRE ENERGY NORTH AMERICA TRADING, INC. AND GIBSON ENERGY MARKETING, LLC ARE TWO OF THE CREDITORS THAT FILED THE INVOLUNTARY PETITION AGAINST THE DEBTOR. TRUSTEE IS COOPERATING WITH THESE ENTITIES IN THE INVESTIGATION OF DEBTOR'S FINANCES IN AN ATTEMPT TO IDENTIFY AVOIDABLE TRANSFERS. ADVERSARY PROCEEDINGS FILED. CURRENT PROJECTED TFR DATE IS 12/31/2023.

Initial Projected Date of Final Report (TFR): 12/31/20    Current Projected Date of Final Report (TFR): 12/31/23